# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARY SATING, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                                   Case No. 3:14-cv-1395-J-32JBT

RAYONIER INC., et al.,

    Defendants.

---

SAMUEL KEASLER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                                    Case No. 3:14-cv-1398-J-32PDB

RAYONIER INC., et al.,

    Defendants.

---

LAKE WORTH FIREFIGHTERS' PENSION TRUST FUND, on behalf of itself and all others similarly situated,

    Plaintiff,

v.                                                    Case No. 3:14-cv-1403-J-32MCR

RAYONIER INC., et al.,

    Defendants.

---

MICHAEL CHRISTIE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                        Case No. 3:14-cv-1429-J-32MCR

RAYONIER INC., et al.,

    Defendants.

WILL BROWN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                        Case No. 3:14-cv-1474-J-32JRK

RAYONIER INC., et al.,

    Defendants.

## **O R D E R**

These cases are before the Court sua sponte and on the agreed motions to transfer and/or consolidate. As of December 19, 2014, these related securities class actions have all been reassigned to the undersigned for all further proceedings. Thus, to the extent the motions seek to bring the cases before one judge, the motions are now moot. However, the motion filed in four of the five cases asks the Court to consolidate those cases under one case number and caption and to then proceed with a specified plan for case management scheduling and further pleading. (Sating v. Rayonier, Inc., 3:14-cv-1395-J-32JBT, Doc. 20; Keasler v. Rayonier, Inc., 3:14-cv-1398-J-32PDB, Doc. 10; Lake Worth Firefighters' Pension Trust Fund v. Rayonier, Inc., 3:14-cv-1403-J-

2

32MCR, Doc. 13; Christie v. Rayonier, Inc., 3:14-cv-1429-J-32MCR, Doc. 8.) Possibly due to the timing of its transfer to this District, the Brown case was not included in the motion to consolidate. Presently, the parties in Brown have moved only to transfer. (Brown v. Rayonier, Inc., 3:14-cv-1474-J-32JRK, Doc. 17.)

Upon due consideration, the Court determines that, before it rules on the remainder of the motion to consolidate, the parties in all the cases should advise the Court of their positions on including Brown in the proposed consolidated proceeding.

Accordingly, it is hereby

**ORDERED**:

1. The Consent Motion to Transfer (Brown v. Rayonier, Inc., 3:14-cv-1474-J-32JRK, Doc. 17) is **MOOT**. The Agreed Motion to Transfer and Consolidate Related Cases and Designate Caption for Consolidated Cases (Sating v. Rayonier, Inc., 3:14-cv-1395-J-32JBT, Doc. 20; Keasler v. Rayonier, Inc., 3:14-cv-1398-J-32PDB, Doc. 10; Lake Worth Firefighters' Pension Trust Fund v. Rayonier, Inc., 3:14-cv-1403-J-32MCR, Doc. 13; Christie v. Rayonier, Inc., 3:14-cv-1429-J-32MCR, Doc. 8) is **MOOT** to the extent it requests that the cases be brought before one judge. The motion is otherwise **UNDER ADVISEMENT**.

2. On or before **January 12, 2015**, the parties in the Brown v. Rayonier, Inc., 3:14-cv-1474-J-32JRK shall file a joint notice advising the Court of the positions of the parties in all the cases on Brown's inclusion in the proposed consolidated proceeding. If there is any disagreement, the joint notice should set forth the respective positions.

3

3. The January 20, 2015 deadlines to file amended complaints set forth in the December 15, 2014 Orders (<u>Sating v. Rayonier, Inc.</u>, 3:14-cv-1395-J-32JBT, Doc. 26; <u>Lake Worth Firefighters' Pension Trust Fund v. Rayonier, Inc.</u>, 3:14-cv-1403-J-32MCR, Doc. 15; <u>Christie v. Rayonier, Inc.</u>, 3:14-cv-1429-J-32MCR, Doc. 12) are suspended until further order of the Court.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of December, 2014.

*[Signature]*
TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies:

Counsel of record