**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| MARY SATING, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>RAYONIER INC., PAUL G. BOYNTON, HANS E. VANDEN NOORT, DAVID L. NUNES, and H. EDWIN KIKER<br><br>      Defendants. | Case No. 3:14-cv-01395-TJC-JBT |
| SAMUEL KEASLER, individually and on Behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>RAYONIER INC., PAUL BOYNTON, HANS E. VANDEN NOORT, DAVID L. NUNES, and H. EDWIN KIKER,<br><br>      Defendants. | Case No. 3:14-cv-01398-TJC-PDB |
| LAKE WORTH FIREFIGHTERS' PENSION TRUST FUND, on behalf of itself and all others similarly situated;<br><br>      Plaintiff,<br><br>      v.<br><br>RAYONIER INC., PAUL BOYNTON, HANS E. VANDEN NOORT, H. EDWIN KIKER, and DAVID L. NUNES,<br><br>      Defendants. | Case No. 3:14-cv-01403-TJC-MCR |

| | |
|---|---|
| MICHAEL CHRISTIE, Individually and on Behalf of All Others Similarly Situated;<br><br>        Plaintiff,<br><br>    v.<br><br>RAYONIER INC., PAUL G. BOYNTON, DAVID L. NUNES, H. EDWIN KIKER, and HANS E. VANDEN NOORT,<br><br>        Defendants. | Case No.  3:14-cv-01429-TJC-MCR |
| WILL BROWN, individually and on Behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>RAYONIER INC., DAVID NUNES, PAUL BOYNTON, HANS E. VANDEN NOORT, and H. EDWIN KIKER,<br><br>        Defendants. | Case No.  3:14-cv-01474-TJC-JRK |

## JOINT NOTICE PURSUANT TO ORDER OF DECEMBER 23, 2014

Pursuant to this Court's Order of December 23, 2014 (Doc. No. 19) Plaintiff Will Brown and Defendants Rayonier Inc., David L. Nunes, H. Edwin Kiker, Paul G. Boynton and Hans E. Vanden Noort hereby report to the Court the status of the parties' positions as to whether *Will Brown v. Rayonier Inc., et al.* should be consolidated with the four related actions currently pending before this Court:

1.   *Mary Sating v. Rayonier Inc., et al.*, Case No 3:14-cv-01395-TJC-JBT;

2.   *Samuel Keasler v. Rayonier Inc., et al.*, Case No. 3:14-cv-01398-TJC-PDB;

3.   *Lake Worth Firefighters' Pension Trust Fund v. Rayonier Inc., et al.*, Case No. 3:14-cv-01403-TJC-MCR; and

-3-

4.     *Michael Christie v. Rayonier Inc., et al.*, Case No. 3:14-cv-01429-TJC-MCR.

The undersigned counsel have conferred with counsel for plaintiffs in *Sating, Keasler*, *Lake Worth Firefighters' Pension Trust Fund* and *Christie,* and all parties are in agreement that *Brown* should be consolidated with the four other related actions referred to herein.

Dated: January 6, 2015                                    Respectfully submitted by,


                                                          */s/Charles M. Trippe, Jr.*
                                                          Charles M. Trippe, Jr.
                                                          Trial Counsel
                                                          Florida Bar No. 69760
                                                          E-mail:  cmtrippe@mppkj.com
                                                          Joni Alexis Poitier
                                                          Florida Bar Number No. 0022861
                                                          E-mail:  japoitier@mppkj.com
                                                          MOSELEY, PRICHARD, PARRISH,
                                                          KNIGHT & JONES
                                                          501 W Bay Street
                                                          Suite 200
                                                          Jacksonville, FL 32202
                                                          Tel:    904-356-1306
                                                          Fax:    904-254-0194

                                                          **Attorneys for Defendants Rayonier Inc., David L. Nunes, and H. Edwin Kiker**

-4-

*/s/Laurence M. Rosen*
Laurence M. Rosen
Florida Bar No. 0182877
E-mail:  lrosen@rosenlegal.com
THE ROSEN LAW FIRM P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel:     212-686-1060
Fax:    212-202-3827

**Attorney for Plaintiff Will Brown**

*/s/Scott D. Richburg*
Scott D. Richburg
Florida Bar No. 64475
E-mail:  srichburg@foley.com
FOLEY & LARDNER, LLP
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017

**Attorney for Defendant Paul G. Boynton**

*/s/John R. Chiles*
John R. Chiles
Florida Bar No. 12539
E-mail:  jchiles@burr.com
BURR & FORMAN LLP
Suite 1420
350 East Las Olas Boulevard
Ft. Lauderdale, FL 33301

**Attorney for Defendant Hans E. Vanden Noort**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will deliver the document to all counsel of record.

*/s/ Charles M. Trippe, Jr.*
Charles M. Trippe, Jr.
Attorney for Defendants, Rayonier Inc.,
H. Edwin Kiker, and David L. Nunes